AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

| LODGED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 9/23/2021 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY:          DTA          DEPUTY |

# UNITED STATES DISTRICT COURT

for the

Central District of California



FILED
CLERK, U.S. DISTRICT COURT

9/23/2021

CENTRAL DISTRICT OF CALIFORNIA
BY:          JD          DEPUTY

United States of America

v.

FELICIANO ROMAN VILLALOBOS, also
known as ("aka") "Roman Feliciano,"

Defendant(s)

Case No. SA21-MJ-00634-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>September 4, 2021</u> in the county of Orange in the Central District of California, the

defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. §§1326(a); (b)(2) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
/s/
*Complainant's signature*

JARED BROMBERG
Deportation Officer, DHS
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  <u>September 23, 2021</u>

_____
*Karen E. Scott*
*Judge's signature*

City and state:  Santa Ana, California

Hon. KAREN E. SCOTT
U.S. Magistrate Judge
*Printed name and title*

A F F I D A V I T

IN SUPPORT OF COMPLAINT AND ARREST WARRANT

FOR VIOLATION OF 8 U.S.C. § 1326

I, Jared Bromberg, being duly sworn, do hereby depose and say:

1.   I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office.  Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004.  Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

2.   This affidavit is made in support of a complaint and arrest warrant against FELICIANO ROMAN VILLALOBOS, also known as ("aka") "Roman Feliciano" ("ROMAN"), charging a violation of Title 8, United States Code, Section 1326(a), (b)(2) (Illegal Alien Found in the United States Following Deportation or

1

Removal).  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3.    On or about September 4, 2021, ROMAN was determined to be at the Orange County Jail in Santa Ana, California, by Deportation Officer D. Quach ("DO Quach").  DO Quach is authorized to enforce immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act.  A Request for Advance Notification of Release (Form I-247G) was issued against ROMAN.  On or about September 5, 2021, ROMAN was released from the custody of the Orange County Sheriff's Department.

4.    A preliminary records check of the DHS database was conducted which revealed Alien File Number ("A-File") A200 976 743 is assigned to ROMAN.  An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is

2

maintained.  Further records checks revealed that ROMAN was previously deported to Mexico.

5.    On or about September 21, 2021, I received a certified booking photograph of ROMAN taken by the Orange County Sheriff's Department upon his arrest in September, 2021.  The certified booking photograph lists a booking number that is consistent with the booking number listed on the form Request for Advance Notification of Release dated September 4, 2021.

6.    On or about September 21, 2021, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for ROMAN, the individual who is the subject of this affidavit and who was released from the custody of the Orange County Sheriff's Department.  I compared the data on the CII and FBI to that found in the DHS Central Index System ("CIS") under the assigned A-File, which I believe is ROMAN's alien number.  I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File.  I found that the data from the CII, FBI, and CIS records contained in ROMAN's A-File contain the same Federal Bureau of Investigation identification number that is found in the CII, FBI, and CIS records that I obtained.  In addition, the CII

printout I obtained reflects the conviction that is described below.  Based on this review, I believe that ROMAN is the same person who incurred the conviction described below and who was ordered deported and/or removed as described in the A-File.

7.   On or about September 21, 2021, I reviewed Alien File Number A200 976 743 ("A-File"), which is maintained for subject alien ROMAN.  A review of ROMAN's A-File revealed the following information and documents:

a.   Photographs of the alien subject to whom A-File A200 976 743 corresponds.  I compared these photographs to the recent booking photograph of ROMAN obtained from the Orange County Sheriff's Department.  These photographs appear to depict the same person.  Thus, I believe that A-File A200 976 743 and its contents correspond to ROMAN.

b.   A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Orange County Deputy Sheriff Lizette Lopez interviewed ROMAN on or about February 25, 2011, at the Orange County Jail in Orange County, California.

c.   A Final Administrative Removal Order showing that ROMAN was ordered removed from the United States to Mexico by H. Mendenhall, Supervisory Detention and Deportation Officer, El Centro, California, on or about August 3, 2015.

4

d.   An executed Warrant of Removal/Deportation indicating that ROMAN was officially removed and deported from the United States to Mexico on or about August 26, 2015, at the port of entry Calexico, California.

e.   An executed Warrant of Removal/Deportation indicating that ROMAN was officially removed and deported from the United States to Mexico on or about April 5, 2016, at the port of entry San Ysidro, California.

f.   I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrants of Removal/Deportation in ROMAN's A-File contain his photograph, signature, and fingerprint.

g.   A record of conviction indicating that on or about December 3, 2012, ROMAN was convicted of two counts of Second Degree Robbery, in violation of California Penal Code Sections 211/212.5(c), and a sentence enhancement within the meaning of California Penal Code Section 12022(a)(1), in the Superior Court of the State of California, County of Orange,

5

Case Number 11CF0527, for which ROMAN was sentenced to five years of imprisonment.

8.   I found nothing in ROMAN's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following deportation and removal.  Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

9.   On or about September 21, 2021, I reviewed the DHS computer indices on ROMAN.  Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States.  The DHS computer indices confirmed that ROMAN had been removed and deported on or about the dates indicated on the Warrants of Removal/Deportation found in ROMAN's A-File.  The DHS computer indices further indicated that ROMAN had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since ROMAN had last been deported.

10.  Based on my review of the contents of A-File A200 976 743, I believe that ROMAN is an alien, that he is a citizen of

6

Mexico who illegally re-entered the United States without permission.

11.   Based upon the information indicated above, including the Final Administrative Removal Order, Warrants of Removal/Deportation, copies of conviction documents, a booking photograph taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that FELICIANO ROMAN VILLALOBOS is in violation of Title 8, United States Code, Section 1326(a), (b)(2) (Illegal Alien Found in the United States Following Deportation or Removal).

/s/
_____
Jared Bromberg, Deportation Officer
U.S. Immigration & Customs Enforcement

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone
on this 23rd day of September. 2021.

_Karen E. Scott_
_____
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

7